UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA SOBOLESKI,

                                         Case No. 25-cv-11698
                                         Hon. Brandy R. McMillion

                Plaintiff,

v.

CLUTCH, INC.,

                Defendant.

_____/

**ORDER DIRECTING PLAINTIFF TO SECURE LOCAL COUNSEL**

On June 8, 2025, Anthony I. Paronich, appeared in this case (ECF No. 1). Mr. Paronich is an attorney with offices in Hingham, MA.

The Court notes that Eastern District of Michigan Local Rule 83.20(f), Local Counsel, provides:

> A member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district. Local counsel must enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. On application, the Court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel.

E.D. Mich. L.R. 83.20(f)(1).   In addition, "[l]ocal counsel must attend each scheduled appearance on the case unless the Court, on its own motion or on motion or request of a party, dispenses with the requirement." *Id.* at (f)(2).

Accordingly, the Court **ORDERS** Plaintiff to secure local counsel pursuant to E.D. Mich. LR 83.20(f), and local counsel must enter an appearance in this case by **July 9, 2025.**

    **IT IS SO ORDERED.**

Dated:  June 9, 2025                        s/Brandy R. McMillion  
                                                      Hon. Brandy R. McMillion  
                                                      United States District Judge