UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated, | Case No. 2:25-cv-11698-BRM-DRG |
| Plaintiff, | Hon. Brandy R. McMillion |
| v. | Magistrate Judge David R. Grand |
| CLUTCH, INC., | |
| Defendant. _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff and the proposed class.

             Respectfully Submitted,

             BLACKMORE LAW PLC

             /s/ George T. Blackmore
             By: George T. Blackmore (P76942)
             1100 Owendale Drive
             Suite M
             Troy, MI 48083
             Phone: (888) 835-2993
             george@blackmore.law
             *Local Counsel for Plaintiff and the proposed class*

Dated: June 11, 2025

## **CERTIFICATE OF SERVICE**

I certify that on June 11, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

        /s/ George T. Blackmore
        George T. Blackmore