UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA SOBOLESKI,

       Plaintiff,                        Case No. 25-cv-11698
                                              Hon. Brandy R. McMillion

v.

CLUTCH, INC.,

       Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff (ECF No. 5), this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

                                              s/Brandy R. McMillion
                                              BRANDY R. MCMILLION
                                              UNITED STATES DISTRICT JUDGE

Dated: June 24, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 24, 2025, by electronic means and/or ordinary mail.

                                              s/L. Hosking
                                              Case Manager